UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DWAYNE YOUNG, :
:
      Plaintiff, :
   v. : No. 2:15-cv-06884
:
JOHN E. WETZEL; JOHN THOMAS; :
CORRECT CARE SOLUTIONS; :
SHIRLEY LAWS-SMITH; ALICIA D. ROSS; :
ANTHONY ROPER;[1] DAVID BRICE; :
DR. RAUL YANKELEVICH; :
DR. LEE HANUSCHAK; JOHN NICHOLSON, :
:
      Defendants. :

# **O R D E R**

**AND NOW**, this 29th day of August, 2017, for the reasons set forth in the Opinion issued this date, it is **ORDERED** as follows:

1. The Motions to Dismiss, ECF Nos. 16-17, are **GRANTED in part and DENIED in part** as follows:

    A. The Eighth Amendment claims, only, against Defendants Dr. Yankelevich, Dr. Hanuschak, and Nicholson, PA-C, are **DISMISSED with prejudice**.

    B. All other claims and Defendants are **DISMISSED without prejudice** to Young's right to file an amended complaint.

2. **On or before September 29, 2017**, Young SHALL file an amended complaint, solely for the purpose of addressing the deficiencies identified in the Opinion issued this date. Young is advised that if he fails to timely file an amended complaint, this case may be dismissed without further notice.

BY THE COURT

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Incorrectly spelled "Croper" on the docket.

1